FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KYLE RAYMOND LEE BURNETT,
Plaintiff,
v.
KAREN BOWEN, Kittitas County Superior Court Clerk; PATRIC S. SMITH, Special Assistant Attorney General; JOSEPH A. BRUSIC, Prosecuting Attorney; YAKIMA COUNTY CHILD SUPPORT DIVISION, entity; KITTITAS COUNTY; and YAKIMA COUNTY,
Defendants.

No. 1:26-CV-03087-SAB

**ORDER DISMISSING COMPLAINT; CLOSING FILE**

On July 29, 2026, the Court granted leave for Plaintiff to file an amended complaint. The deadline has passed, and no action has been taken.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to *pro se* Plaintiff, and **close** the file.

**DATED** this 4th day of September 2026.

Stan Bastian
Chief United States District Judge